105 F.3d 1334
 Donna VIZCAINO; Jon R. Waite; Mark Stout; Geoffrey
Culbert; Lesley Stuart; Thomas Morgan;
Elizabeth Spokoiny; Larry Spokoiny,
Plaintiffs-Appellants,
v.
MICROSOFT CORPORATION, and its pension and welfare benefit
plans, et al., Defendants-Appellees.
 No. 94-35770.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 10, 1997.
 
 Prior report: 97 F.3d 1187.
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.